# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID PILL,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES LIANG, et al.,<br><br>          Defendants. | Case No.  26-cv-04775-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Bhuva v. Super Micro Computer, Inc. et al*, Case No. 26-cv-02606-JSC.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
BETH LABSON FREEMAN
United States District Judge