United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANFORD CHEN,
Plaintiff,
v.
CHARLES LIANG, et al.,
Defendants.

Case No. 26-cv-11996-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Pill v. Liang et al.*, Case No. 3:26-cv-04775-JSC.

**IT IS SO ORDERED.**

Dated: November 20, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**